IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 19-1837-MN |
| GLOBALFOUNDRIES U.S. INC., | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff Taiwan Semiconductor Manufacturing Company Limited ("plaintiff") and defendant Globalfoundries U.S. Inc. ("defendant"), stipulate and agree, subject to the approval of the Court, as follows:

1. The time for the defendant to answer, move, or otherwise respond to the complaint is extended through and including January 21, 2020.

2. To the extent defendant files a counterclaim or moves to dismiss under Federal Rule of Civil Procedure 12, the time for plaintiff to answer the counterclaim or to file its answering brief opposing a motion to dismiss under Federal Rule of Civil Procedure 12 is extended through and including February 18, 2020.

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
*Attorneys for Plaintiff*

*/s/ Michael J. Farnan*
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
919 N. Market Street, 12th Street
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Attorneys for Defendant*

Dated: October 16, 2019

SO ORDERED this _____ day of_____________, 2019,

________________________________
United States District Judge